UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GEANENE MILLER,**

    Plaintiff,

v.                                                      Case No. 04-74261-DT
                                                           Hon. Bernard A. Friedman

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

      This matter is before the Court on Magistrate Judge Virginia M. Morgan's Report and Recommendation dated April 29, 2005. No objections were filed.

      This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

      ACCORDINGLY:

      IT IS HEREBY ORDERED that Magistrate Judge Virginia M. Morgan's Report and Recommendation dated April 29, 2005, is hereby accepted and adopted.

      IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted;

      IT IS FURTHER ORDERED that plaintiff's cross-motion for summary judgment is denied and that the determination denying disability benefits is affirmed;

      IT IS FURTHER ORDERED that plaintiff's complaint be dismissed with prejudice.

 May 31, 2005_____           s/Bernard A. Friedman_____
     Detroit, Michigan                         BERNARD A. FRIEDMAN
                                                         CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

_____/s/ Patricia Foster Hommel_____
        **Patricia Foster Hommel**
  **Secretary to Chief Judge Friedman**